IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ZACKARY GILBRIDGE-WONDERLIN | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | |
| BEST CAR N' CARE, INC. | : | NO. 23-cv-03946 |
| and | : | |
| WESTLAKE SERVICES, LLC d/b/a | : | |
| WESTLAKE FINANCIAL SERVICES | : | |
| and | : | |
| CORSA MOTORS, LLC | : | |
| and | : | |
| F.C. KERBECK & SONS d/b/a | : | |
| LAMBORGHINI PALMYRA | : | |
| and | : | |
| OLEG TYULENEV | : | |

### ORDER

**AND NOW**, this 16th day of September, 2024, after consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 30) and Defendant Corsa Motors, LLC ("Corsa")'s Response in Opposition (ECF No. 33), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff may file a Second Amended Complaint within seven (7) days of this Order. It is further **ORDERED** as follows:

1. Upon filing the Second Amended Complaint, Plaintiff may not file any further amendments.

2. Defendant Corsa's Motion to Dismiss for Lack of Jurisdiction (ECF No. 9) is denied as **MOOT.**

3. Defendant Corsa's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 17) is denied as **MOOT.**

4. Plaintiff's Motion for Leave to File Reply (ECF No. 34) is denied as **MOOT.**

BY THE COURT:

_____
The Honorable Mia R. Perez U.S.D.J.