IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN ZACKARY GILBRIDGE-WONDERLIN** : | |
| *Plaintiff,* : | |
| v. : | CIVIL ACTION |
| : | |
| **BEST CAR N' CARE, INC.** : | NO. 23-CV-03946-MRP |
| and : | |
| **WESTLAKE SERVICES, LLC d/b/a** : | |
| **WESTLAKE FINANCIAL SERVICES** : | |
| and : | |
| **CORSA MOTORS, LLC** : | |
| and : | |
| **F.C. KERBECK & SONS d/b/a** : | |
| **LAMBORGHINI PALMYRA** : | |
| and : | |
| **OLEG TYULENEV** : | |
| *Defendants.* : | |
| : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance as on behalf of Plaintiff, Zachary Wonderlin, in the above-captioned matter.

REIDENBACH & ASSOCIATES, LLC

Dated: October 16, 2024        By: _____
Natalie R. Young, Esq. (ID 313880)
229 W. Wayne Ave.
Wayne, PA 19087
(610) 572 – 7075 TEL
(484) 268 – 1791 FAX
*natalie@reidenbachlaw.com*
***Counsel for Plaintiff,***
***Zachary Wonderlin***